USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/16/16

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
AVOCET SHIPPING, LLC,
BITTERN SHIPPING LLC,
CANARY SHIPPING LLC,
CRANE SHIPPING LLC,
EGRET SHIPPING LLC,
FALCON SHIPPING LLC,
GREBE SHIPPING LLC,
IBIS SHIPPING LLC,
KINGFISHER SHIPPING LLC,
MARTIN SHIPPING LLC,
NIGHTHAWK SHIPPING LLC,
SHRIKE SHIPPING LLC,
THRUSH SHIPPING LLC,
and WREN SHIPPING LLC

      Plaintiffs,

 - against -

NAVIG8 BULK POOL INC.

      Defendant.
-------------------------------------------------------X

16 CV 4541 (DAB)

## EX PARTE ORDER FOR PROCESS OF MARITIME ATTACHMENT

**WHEREAS**, on June 15, 2016, Plaintiffs, AVOCET SHIPPING, LLC, BITTERN SHIPPING LLC, CANARY SHIPPING LLC, CRANE SHIPPING LLC, EGRET SHIPPING LLC, FALCON SHIPPING LLC, GREBE SHIPPING LLC, IBIS SHIPPING LLC, KINGFISHER SHIPPING LLC, MARTIN SHIPPING LLC, NIGHTHAWK SHIPPING LLC, SHRIKE SHIPPING LLC, THRUSH SHIPPING LLC, and WREN SHIPPING LLC, filed a Verified Complaint herein for damages against the Defendant NAVIG8 BULK POOL INC. amounting to **$1,421.939.58** and praying for the issuance of Process of Maritime Attachment and Garnishment pursuant to Rule B of the Supplemental Admiralty Rules for Certain Admiralty and Maritime Claims of the Federal Rules and Civil Procedure; and

WHEREAS, the Process of Maritime Attachment and Garnishment would command that the United States Marshal or other designated process server attach any and all of the Defendant's property within the District of this Court; and

WHEREAS, the Court has reviewed the Verified Complaint and the Supporting Affidavit, and the conditions of Supplemental Admiralty Rule B appearing to exist;

NOW, upon motion of the Plaintiffs, it is hereby:

ORDERED, that Pursuant to Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims, the Clerk of the Court shall issue Process of Maritime Attachment and Garnishment against all tangible or intangible property, credits, letters of credit, bills of lading, effects, debts and monies, ~~electronic funds transfers~~, freights, sub-freights, charter hire, sub-charter hire or any other funds or property up to the amount of **$1,421,939.58** belonging to, due or being transferred to, from or for the benefit of the Defendant, including but not limited to such property as may be held, received or transferred in Defendant's name or as may be held, received or transferred for its benefit at, moving through, or within the possession, custody or control of by any garnishees within this District, including but not limited to **ADM RICE INC. and MACSTEEL INTERNATIONAL USA CORP.** and it is further

*DAB 6/16/16*

ORDERED that supplemental process enforcing the Court's Order may be issued by the Clerk upon application without further order of the Court; and it is further

ORDERED that following initial service by the U.S. Marshal or other designated process server upon the garnishee, that supplemental service of the Process of Maritime Attachment and Garnishment, as well as this Order, may be made by facsimile transmission or other verifiable electronic means, including e-mail, to the garnishee; and it is further

**ORDERED** that service on any garnishee as described above is deemed effective continuous service throughout the day from the time of such service through the opening of the garnishee's business the next business day; and it is further

**ORDERED** that pursuant to Federal Rule of Civil Procedure 5(b)(2)(F) the garnishee may consent, in writing, to accept service by any other means.

Dated: June 16, 2016

SO ORDERED:

*Deborah A. Batts*
U. S. D. J.

−3−