UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
AVOCET SHIPPING,LLC,                            :
BITTERN SHIPPING LLC,                           :
CANARY SHIPPING LLC,                            :
CRANE SHIPPING LLC,                             :
EGRET SHIPPING LLC,                             :
FALCON SHIPPING LLC,                            :
GREBE SHIPPING LLC,                             :
IBIS SHIPPING LLC,                              :
KINGFISHER SHIPPING LLC,                        :
MARTIN SHIPPING LLC,                            :
NIGHTHAWK SHIPPING LLC,                         :
SHRIKE SHIPPING LLC,                            :
THRUSH SHIPPING LLC,                            :
and WREN SHIPPING LLC                           :
                                                :
                    Plaintiffs,                 :
                                                :      16 Civ. 4541 (DAB)
        - against -                             :
                                                :
NAVIG8 BULK POOL INC.                           :
                                                :
                    Defendant.                  :
--------------------------------------------------------X

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiffs hereby give notice that the above captioned action is voluntarily dismissed, without prejudice.

Dated:  September 20, 2016

                                    Attorneys for Plaintiffs,

                            By:     _____
                                    Thomas L. Tisdale (TT5263)
                                    Timothy J. Nast (TN 8578)
                                    Tisdale Law Offices, LLC
                                    60 E. 42nd Street, Ste. 1638
                                    New York, NY 10165
                                    Tel:    212-354-0025
                                    ttisdale@tisdale-law.com
                                    tnast@tisdale-law.com

## CERTIFICATION OF SERVICE

I hereby certify that on September 20, 2016, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's CM/ECF system.

Dated: September 20, 2016          By: _/s/ Timothy Nast_
                                                Timothy J. Nast